**Order filed February 8, 2022.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-21-00737-CV
_____

**MONA M. WILSON, Appellant**

**V.**

**JV AUTO SERVICES AND RONNIE NORWOOD, Appellees**

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1169355**

## ORDER

Appellant's brief was due January 19, 2022. No brief or motion to extend time has been filed. Unless appellant files a brief with this court on or before March 1, 2022, the court will dismiss the appeal for want of prosecution. See Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Jewell, Zimmerer, and Hassan.